IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

RAYMOND CLAUDIO,

    Petitioner,

v.                                            CASE NO. 5:13-cv-214-RS-EMT

SECRETARY, DOC,

    Respondent.

_____/

## ORDER

Before me are the Magistrate Judge's Report and Recommendation (Doc. 30) and Petitioner's Unopposed Motion to Accept as Timely with Objections to Report and Recommendation of the Magistrate Judge (Doc. 36). I have reviewed the objections *de novo*.

**IT IS ORDERED:**

1. The Magistrate Judge's Report and Recommendation is approved and incorporated in this Order.

2. The relief requested in Petitioner's Motion to Expand the Record with Request to Take Judicial Notice (Doc. 32) is **DENIED as moot.**

3. Respondent's Motion to Dismiss (Doc. 19) is **GRANTED**.

4. The Amended Petition for Writ of Habeas Corpus (Doc. 16) is **DISMISSED with prejudice for lack of jurisdiction**.

5. The certificate of appealability is **DENIED** because Petitioner did not make a substantial showing of the denial of a constitutional right.

6. The clerk is directed to close the file.

**ORDERED** on May 14, 2014.

                              /S/ Richard Smoak
                              **RICHARD SMOAK**
                              **UNITED STATES DISTRICT JUDGE**